✎GAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 4:11-CR-38-001 (CDL) |
| **JASON SCOTT CARNEY** | |

Jason Scott Carney has substantially complied with the rules and regulations of supervised release. As he was sentenced as an armed career criminal, his case does not meet the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts. However, based on his compliance under supervision, his case does meet the Chief U.S. Probation Officer's post-conviction supervision policy exception guidance. The probation office opines Carney is no longer in need of supervision.

Respectfully submitted,

*Amanda G. Reed*

Amanda G. Reed
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated. The Court notes the Government's objection, which is not frivolous. However, the Middle District Probation Office knows Defendant well, is in the best position to evaluate whether further supervision will reduce his likelihood of recidivism and increase his chances of full rehabilitation. When the Court challenged the Probation Office's recommendation, the Probation Office doubled down and reaffirms its firm position that Defendant qualifies for early termination of supervised release notwithstanding his serious criminal history. Relying upon this strong recommendation from the Probation Office, the Court grants the request that Defendant be discharged from supervision.

Dated this ___23rd___ day of ___May___, 2025.

                               S/Clay D. Land
                               CLAY D. LAND
                               U.S. DISTRICT COURT JUDGE
                               MIDDLE DISTRICT OF GEORGIA